## (March 11, 1981)

■ In the Matter of CATHERINE L. PUCCIARELLI et al., Appellants, v WILLIAM H. COOK, as Village Clerk of the Village of Rockville Centre, Respondent. — Judgment of the Supreme Court, Nassau County, dated March 5, 1981, affirmed, without costs or disbursements, for the reasons stated in the opinion of Justice Meade at Special Term. Damiani, J. P., Titone, Mangano and Rabin, JJ., concur.